**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **OSCAR ISMAEL TAMARA HERNANDEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1065-G** |
| | ) | |
| **UNITED STATES ATTORNEY GENERAL et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

On May 11, 2026, Petitioner Oscar Ismael Tamara Hernandez initiated this habeas corpus proceeding pursuant to 28 U.S.C. § 2241. *See* Pet. (Doc. No. 1). Unless an initiating party intends to proceed *in forma pauperis*, "filing fees must paid in full within 3 business days of filing a civil action, suit, or proceeding, or the matter may be subject to dismissal without prejudice." LCvR 3.2(b).

On June 5, 2026, the Court directed Petitioner to "pay the required filing fee of $5.00, or, alternatively, file an application to proceed *in forma pauperis*" no later than June 12, 2026. *See* Order (Doc. No. 4) at 1. The Court's Order was mailed to Petitioner at his address of record and returned as undeliverable. *See* Doc. No. 6.

As of this date, Petitioner has not paid the filing fee, submitted an application to proceed *in forma pauperis*, or otherwise been in contact with the Court.

Petitioner has had "ample time" to ensure compliance but has instead chosen to disregard the Court's Order. *Soeken v. Estep*, 270 F. App'x 734, 736 (10th Cir. 2008).

Further, "[a] district court possesses broad discretion in determining whether to dismiss a petition without prejudice for failing to comply with court orders." *Id.* at 735-36; *see also Thornton v. Estep*, 209 F. App'x 755, 756-57 (10th Cir. 2006); *Adams v. Wiley*, 298 F. App'x 767, 768-69 (10th Cir. 2008). Accordingly, dismissal of this matter is warranted. *See* LCvR 3.2(b), 5.4; *see also Hendrix v. Emp.'s Reinsurance Corp.*, 26 F. App'x 873, 874 (10th Cir. 2002) ("Pro se litigants must follow the rules of procedure, including local rules.").

CONCLUSION

For the foregoing reasons, the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 10th day of August, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge